Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HIDALGO and FERNANDO HIDALGO, <br><br> Plaintiff(s), <br><br> v. <br><br> CL MEDICAL, INC., UROPLASTY, INC., and DOES 1-20 inclusive, and each of them, <br><br> Defendant(s). | Case No: 12CV5664 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, REGAN N. SCHMIDT, an active member in good standing of the bar of OHIO, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant CL MEDICAL, INC. in the above-entitled action. My local co-counsel in this case is STEPHEN L. NEWTON, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Ulmer & Berne LLP <br> 600 Vine Street, #2800 <br> Cincinnati, OH  45202 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> Newton Remmel, APC <br> 1451 Grant Road, #104 <br> Mountain View, CA  94040 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (513) 698-5156 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (650) 903-0500 |
| MY EMAIL ADDRESS OF RECORD: <br> rschmidt@ulmer.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> snewton@newtonremmel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0085626.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/31/2012

*Regan N. Schmidt*
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Regan Schmidt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 9, 2012

*Kandis Westmore*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                August 2012