Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEILA HIDALGO and FERNANDO HIDALGO,

Plaintiff(s),

v.

CL MEDICAL, INC., UROPLASTY, INC., and DOES 1-20 inclusive, and each of them,

Defendant(s).

Case No: 12CV5664

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, JENNIFER HAGEMAN, an active member in good standing of the bar of OHIO, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant CL MEDICAL, INC. in the above-entitled action. My local co-counsel in this case is STEPHEN L. NEWTON, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ulmer & Berne LLP | Newton Remmel, APC |
| 600 Vine Street, #2800 | 1451 Grant Road, #104 |
| Cincinnati, OH 45202 | Mountain View, CA 94040 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (513) 698-5022 | (650) 903-0500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jhageman@ulmer.com | snewton@newtonremmel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0066632.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/31/12

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jennifer Hageman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 9, 2012

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                    August 2012