Reset Form

1
2                          UNITED STATES DISTRICT COURT

                          NORTHERN DISTRICT OF CALIFORNIA

3   SHEILA HIDALGO and FERNANDO HIDALGO,  )
4                                          )   Case No: 12CV5664
                          Plaintiff(s),    )
5                                          )   APPLICATION FOR
          v.                               )   ADMISSION OF ATTORNEY
6   CL MEDICAL, INC., UROPLASTY, INC., and )   PRO HAC VICE
    DOES 1-20 inclusive, and each of them, )   (CIVIL LOCAL RULE 11-3)
7                         Defendant(s).    )
8
          I, PAUL J. COSGROVE, an active member in good standing of the bar of
9   OHIO, hereby respectfully apply for admission to practice *pro hac vice* in the
10  Northern District of California representing: Defendant CL MEDICAL, INC. in the
    above-entitled action. My local co-counsel in this case is STEPHEN L. NEWTON, an
11  attorney who is a member of the bar of this Court in good standing and who maintains an office
12  within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ulmer & Berne LLP | Newton Remmel, APC |
| 600 Vine Street, #2800 | 1451 Grant Road, #104 |
| Cincinnati, OH 45202 | Mountain View, CA 94040 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (513) 698-5034 | (650) 903-0500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pcosgrove@ulmer.com | snewton@newtonremmel.com |

17      I am an active member in good standing of a United States Court or of the highest court of
    another State or the District of Columbia, as indicated above; my bar number is: 0073160.
18
        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
19  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

20      *I declare under penalty of perjury that the foregoing is true and correct.*

21  Dated: 10-31-12                              /s/ Paul J. Cosgrove
                                                 APPLICANT
22
                        ORDER GRANTING APPLICATION
23                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

24      IT IS HEREBY ORDERED THAT the application of Paul J. Cosgrove is granted,
    subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
25  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
    designated in the application will constitute notice to the party.
26
27  Dated: November 13, 2012                     /s/ Kandis Westmore
                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE
28

PRO HAC VICE APPLICATION & ORDER                                            August 2012