1 NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
2 HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
3 San Francisco, CA 94102-6316
(415) 441-5544
4

5 Attorneys for Plaintiffs

6

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA**

9

10 SHEILA HIDALGO and FERNANDO ) CASE NO.: 3:12-cv-05664 SI
HIDALGO, )
11 ) **STIPULATION AND [~~PROPOSED~~]**
) **ORDER RE DISMISSAL**
12 Plaintiffs, )
)
13 vs. )
)
14 CL MEDICAL INC., UROPLASTY, INC., )
and DOES 1-20 inclusive, and each of )
15 them, )
)
16 Defendants. )
)
17 _____ )

18     Plaintiffs Sheila Hidalgo and Fernando Hidalgo, and Defendant Uroplasty, Inc.,

19 stipulate through authorized counsel to the following:

20     Plaintiffs' Complaint asserts that plaintiff was implanted with a CL Medical I-Stop

21 medical device on approximately September 14, 2010. Uroplasty, Inc. has represented to

22 plaintiffs that it was a previous distributor for CL Medical devices, but terminated its

23 distribution agreement with CL Medical in March of 2007 and did not sell any I-Stop devices

24 after 2007. Plaintiffs rely on this fact as represented by Uroplasty, Inc.

25     Based on these representations, plaintiffs agree to dismiss Uroplasty, Inc. without

26 prejudice. The parties agree that if evidence is revealed in the litigation between plaintiffs and

27

28

- 1 -

HERSH AND HERSH
A Professional Corporation

CL Medical, Inc. that Uroplasty, Inc. was in fact involved in the distribution of the device implanted in Sheila Hidalgo on approximately September 14, 2010, then Uroplasty, Inc. may be added back into the case on terms that provide Uroplasty, Inc. with sufficient time for discovery and preparation for trial.

DATED: December 5, 2012

HERSH & HERSH
A Professional Corporation


By____/s/_____
    Mark E. Burton, Jr.
    Attorneys for Plaintiffs

DATED: December 5, 2012

DORSEY & WHITNEY LLP


By____/s/_____
    Martha C. Luemers
    Attorneys for Defendant
    UROPLASTY, INC.


[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

12/10/2012

By:_____
    United States District Judge

3:12-cv-05664-SI

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL