NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
(415) 441-5544

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HIDALGO and FERNANDO HIDALGO, <br><br> Plaintiffs, <br><br> vs. <br><br> CL MEDICAL INC., UROPLASTY, INC., and DOES 1-20 inclusive, and each of them, <br><br> Defendants. | CASE NO.: 3:12-cv-05664 SI <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL** |

Plaintiffs Sheila Hidalgo and Fernando Hidalgo, and Defendant Uroplasty, Inc., stipulate through authorized counsel to the following:

Plaintiffs' Complaint asserts that plaintiff was implanted with a CL Medical I-Stop medical device on approximately September 14, 2010. Uroplasty, Inc. has represented to plaintiffs that it was a previous distributor for CL Medical devices, but terminated its distribution agreement with CL Medical in March of 2007 and did not sell any I-Stop devices after 2007. Plaintiffs rely on this fact as represented by Uroplasty, Inc.

Based on these representations, plaintiffs agree to dismiss Uroplasty, Inc. without prejudice. The parties agree that if evidence is revealed in the litigation between plaintiffs and

- 1 -

3:12-cv-05664 SI
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

CL Medical, Inc. that Uroplasty, Inc. was in fact involved in the distribution of the device implanted in Sheila Hidalgo on approximately September 14, 2010, then Uroplasty, Inc. may be added back into the case on terms that provide Uroplasty, Inc. with sufficient time for discovery and preparation for trial.

DATED: December 5, 2012

        HERSH & HERSH
        A Professional Corporation


        By /s/
          Mark E. Burton, Jr.
          Attorneys for Plaintiffs

DATED: December 5, 2012

        DORSEY & WHITNEY LLP


        By /s/
          Martha C. Luemers
          Attorneys for Defendant
          UROPLASTY, INC.


[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

12/10/2012

By: *Susan Illston*
    United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

3:12-cv-05664 SI