IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA HIDALGO and FERNANDO HIDALGO,

        Plaintiffs,

  v.

CL MEDICAL INC., et al.,

        Defendants.
        /

No. C 12-5664 SI

**ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS WITHOUT LEAVE TO AMEND; VACATING HEARING**

On November 5, 2012, defendant CL Medical Inc. ("CL Medical") removed this case from San Francisco County Superior Court. On November 13, 2012, CL Medical filed a motion to dismiss for failure to state a claim under Fed. R. C. P. 12(b)(6) and for failure to plead fraud with particularity as required by Fed. R. C. P. 9(b). The motion seeks dismissal only of count 6 (fraud), count 7 (fraud by concealment) and count 8 (negligent misrepresentation) in plaintiffs' complaint.

On December 19, 2012, plaintiffs filed a statement of non-opposition to the motion. Accordingly, pursuant to Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and VACATES the hearing scheduled for December 21, 2012. For good cause shown, the Court GRANTS defendant's partial motion to dismiss WITHOUT LEAVE TO AMEND.

**IT IS SO ORDERED.**

Dated: December 20, 2012

SUSAN ILLSTON
United States District Judge