# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

SHEILA HIDALGO and FERNANDO HIDALGO,

          Plaintiff(s),

V.

CL MEDICAL INC., UROPLASTY, INC., et al.

          Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 12-cv-05664 SI

Notice is hereby given that, subject to approval by the court, **FERNANDO HIDALGO** (Party(s) Name) substitutes **Amy Eskin** (Name of New Attorney), State Bar No. **127668** as counsel of record in place of **Hersh & Hersh, A Professional Corporation** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Levin Simes LLP
- Address: 353 Sacramento Street, 20th Floor, San Francisco, CA 94111
- Telephone: 415-426-3000   Facsimile: 415-426-3001
- E-Mail (Optional): aeskin@levinsimes.com

I consent to the above substitution.
Date: 12/26/2012
(Signature of Party(s))

I consent to being substituted.
Date: 1/4/12
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/3/12
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/17/13
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## CERTIFICATE OF SERVICE

I herby certify that a true and correct copy of the foregoing was electronically filed on the 16th day of January, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this through the Court's system.

*s/ J.C. Worsey*
J.C. Worsey