IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA HIDALGO,                              No. C 12-05664 SI

                    Plaintiff,              **PRETRIAL PREPARATION ORDER**

          v.

CL MEDICAL INC,

                    Defendant.
_____/

          It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 28, 2014  at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 3, 2013.

DESIGNATION OF EXPERTS: 11/1/13; REBUTTAL: 11/22/13.
          Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 20, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by February 14, 2014;

          Opp. Due March 7, 2014;  Reply Due March 27, 2014;

           and set for hearing no later than April 11, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 13, 2014 at 3:30 PM.

JURY TRIAL DATE: ** May 27, 2014 (5/26/14 is a holiday)  at 8:30 AM.,
          Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/25/13

                                        _____
                                        SUSAN ILLSTON
                                        United States District Judge

United States District Court
For the Northern District of California