Rachel Abrams, Esq. (SBN 209316)
Amy Eskin, Esq. (SBN 127668)
LEVIN SIMES LLP
353 Sacramento Street, 20th Floor
San Francisco, CA  94111
(415) 426-3000; (415) 426-3001 FAX
rabrams@levinsimes.com
aeskin@levinsimes.com
*Attorneys for Plaintiff*

Stephen L. Newton (SBN 57897)
Lenell Topol McCallum (SBN 84024)
NEWTON REMMEL
A Professional Corporation
1451 Grant Road, P.O. Box 1059
Mountain View, CA  94040
(650) 903-0500; (650) 967-5800 FAX
snewton@newtonremmel.com
lmccallum@netwonremmel.com

Paul J. Cosgrove, Esq. (OH Bar No. 0073160)
(appearing *pro hac vice*)
Jennifer Hageman, Esq. (OH Bar. No. 0066623)
(appearing *pro hac vice*)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5000; (513) 698-5001 FAX
pcosgrove@ulmer.com
jhageman@ulmer.com
*Attorneys for Defendant
CL Medical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEILA HIDALGO and FERNANDO HIDALGO, <br><br> Plaintiffs, <br><br> v. <br><br> CL MEDICAL INC., UROPLASTY, INC. and DOES 1-20 inclusive, and each of them, <br><br> Defendants. | Case No.:  Case No.:  12-cv-05664 SI <br><br> [Removed from San Francisco County Superior Court, Case No. CGC-12-524404] <br><br> **JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO A DATE ON OR AFTER SEPTEMBER 5, 2013** |

Plaintiffs Sheila Hidalgo and Fernando Hidalgo and Defendant CL Medical, Inc., through their respective counsel, enter into this Joint Stipulation for Continuance of Case Management Conference to a Date on or After September 5, 2013, on the following grounds:

WHEREAS a Case Management Conference is set for June 28, 2013, which the Court and the parties intended to take place after the parties engaged in an attempt at early mediation; and

WHEREAS the parties are actively engaged in discovery and are in the process of preparing for mediation; and

WHEREAS the parties also are discussing potential methods to resolve not only this case, but also other cases involving claims against CL Medical, Inc.; and

WHEREAS the parties request additional time to complete those discussions and to complete mediation of this case;

NOW THEREFORE, subject to the Court's approval, Plaintiffs and Defendant stipulate, agree and jointly request that the Court continue the Case Management Conference in this case to a date on or after September 5, 2013.

The electronic or facsimile signature of the parties or their counsel on this Joint Stipulation shall be acceptable as if they were the originals, and this Joint Stipulation may be signed in counterparts.

**SO STIPULATED.**

| | |
|---|---|
| /s/ Rachel Abrams | /s/ Stephen L. Newton |
| Rachel Abrams, Esq. (SBN 209316) | Stephen L. Newton (SBN 57897) |
| Amy Eskin, Esq. (SBN 127668) | Lenell Topol McCallum (SBN 84024) |
| LEVIN SIMES LLP | NEWTON REMMEL |
| 353 Sacramento Street, 20th Floor | A Professional Corporation |
| San Francisco, CA  94111 | 1451 Grant Road, P.O. Box 1059 |
| (415) 426-3000 | Mountain View, CA  94040 |
| (415) 426-3001 FAX | (650) 903-0500 |
| rabrams@levinsimes.com | (650) 967-5800 FAX |
| aeskin@levinsimes.com | snewton@newtonremmel.com |
| *Attorneys for Plaintiff* | lmccallum@newtonremmel.com |

/s/ Jennifer Hageman
Paul J. Cosgrove, Esq.
(OH Bar No. 0073160)
(appearing *pro hac vice*)
Jennifer Hageman, Esq.
(OH Bar. No. 0066623)
(appearing *pro hac vice*)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5000
(513) 698-5001 FAX
pcosgrove@ulmer.com
jhageman@ulmer.com
**Attorneys for Defendant**
**CL Medical, Inc.**

The case management conference is continued to 9/6/13 at 3 p.m.  The joint case management conference statement shall be filed one week prior to the conference.



3