1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   SHEILA HIDALGO, et al.,                Case No.  12-cv-05664-WHO

        Plaintiffs,

8

9       v.                                **ORDER REJECTING NOTICE OF
                                          VOLUNTARY DISMISSAL WITHOUT
10  CL MEDICAL INC.,                      PREJUDICE**

        Defendant.                        Re: Dkt. No. 53
11

12          Plaintiffs Sheila Hidalgo and Fernando Hidalgo have filed a notice pursuant to Federal

13  Rule of Civil Procedure 41(a)(1) purporting to voluntarily dismiss all claims without prejudice as

14  to Fernando Hidalgo.  Plaintiffs misunderstand Rule 41(a)(1), which states that a notice of

15  dismissal is only effective "*before* the opposing party serves *either* an answer or a motion for

16  summary judgment." The rule does not say that a defendant must *both* file an answer and a motion

17  for summary judgment to extinguish plaintiffs' right to voluntarily dismiss without prejudice.

18  Plaintiffs' right to dismiss without prejudice under Rule 41(a)(1) terminated when defendant CL

19  Medical Inc. filed its Answer on November 13, 2012.

20          If they choose to do so, plaintiffs may file a motion to dismiss Fernando Hidalgo under

21  Rule 41(a)(2) or a joint stipulation and proposed order for the Court to review.

22          **IT IS SO ORDERED**.

23  Dated: December 10, 2013

24                                        _____

25                                        WILLIAM H. ORRICK
                                          United States District Judge
26

27

28

United States District Court
Northern District of California