| | |
|---|---|
| 1 | William A. Levin, Esq. (SBN 98592) |
| 2 | Laurel L. Simes, Esq. (SBN 134637) |
|   | Rachel Abrams, Esq. (SBN 209316) |
| 3 | Amy Eskin, Esq. (SBN 127668) |
|   | Meghan E. McCormick, Esq. (SBN 283853) |

William A. Levin, Esq. (SBN 98592)
Laurel L. Simes, Esq. (SBN 134637)
Rachel Abrams, Esq. (SBN 209316)
Amy Eskin, Esq. (SBN 127668)
Meghan E. McCormick, Esq. (SBN 283853)
**LEVIN SIMES LLP**
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 426-3000
Facsimile:   (415) 426-3001

Attorneys for Plaintiffs

Joshua Adam Klarfeld, Esq. (OH SBN 0079833)
(appearing *pro hac vice*)
**ULMER AND BERNE LLP**
1660 W.2nd Street
Suite 1100
Cleveland, OH 44113
Telephone:  216-583-7192
Fax:  216-583-7193

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEILA HIDALGO and FERNANDO HIDALGO,<br><br>                          Plaintiffs,<br><br>vs.<br><br>CL MEDICAL, INC.,<br><br>                          Defendant. | **CASE NO. 3:12-CV-05664-WHO**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date: February 11, 2014**<br>**Time: 2:00 p.m.**<br>**Judge: Honorable William H. Orrick** |

**STIPULATION AND ORDER**

The parties in the instant action HERBY STIPULATE AND AGREE and respectfully request the following:

That the Case Management Conference, scheduled for February 11, 2014, at 2:00 pm in the above Court before the Honorable William H. Orrick, be continued until March 4, 2014 at 2:00 pm.  The Parties have reached a settlement agreement and are finalizing the necessary papers to document that

- 1 -
STIPULATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE

agreement and dismiss the case. The Parties anticipate that a dismissal will be filed shortly and before the continued date for the Case Management Conference.

**IT IS SO STIPULATED:**

Dated: February 4, 2014          **LEVIN SIMES LLP**

/s/ Rachel Abrams
Rachel Abrams, Esq.
Attorneys for Sheila and Fernando Hidalgo

Dated: February 4, 2014          **ULMER AND BERNE LLP**

/s/Joshua A. Klarfeld
Joshua A. Klarfeld, Esq.
Attorneys for CL Medical, Inc.

**APPROVED AND SO ORDERED**

DATED: February 5, 2014

THE HONORABLE WILLIAM ORRICK
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I HEARBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system on February 4, 2014, which will send a notice of electronic filing to the following counsel of record:

Paul Cosgrove, Esq.
Regan Schmidt, Esq.
Jennifer Hageman, Esq.
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513-698-5034

Alyson Ann Terrell, Esq.
Ulmer and Berne LLP
88 East Broad Street
Suite 1600
Columbus, OH 43215
614-229-0000
Fax: 614-228-0765

Joshua Adam Klarfeld, Esq.
Ulmer and Berne LLP
1660 W.2nd Street
Suite 1100
Cleveland, OH 44113
Attorneys for Defendants

Stephen Lynn Newton, Esq.
Newton Remmel
A Professional Corporation
Post Office Box 1059
1451 Grant Road
Mountain View, CA 94042

Lenell Topol McCallum, Esq.
Newton Remmel
1451 Grant Road
Post Office Box 1059
Mountain View, CA 94042

*Attorneys for Defendants*

By: /s/ Rachel Abrams