United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  SHEILA HIDALGO,                          Case No. 12-cv-05664-WHO
        Plaintiff,
8
        v.                                  **ORDER OF DISMISSAL**
9
10 CL MEDICAL INC.,
        Defendant.
11
12
13 Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed
14 **with** prejudice. The Clerk shall close the case.
15 Dated: February 21, 2014

   _____
   WILLIAM H. ORRICK
   United States District Judge